AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA
**SOUTHERN DIVISION**

| | |
|---|---|
| CURTIS LORENZO BELL,<br>      Plaintiff,<br><br>v.<br><br><br>CAROLYN W. COLVIN,<br>*Acting Commissioner of Social Security*,<br>      Defendant. | **JUDGMENT**<br>**CASE NO. 7:13-CV-46-D** |

Decision by the Court:

    **IT IS ORDERED AND ADJUDGED** that the Court GRANTS Plaintiff's Motion for Judgment on the Pleadings [D.E. 21], DENIES Defendant's Motion for Judgment on the Pleadings [D.E. 26], and REMANDS the action to the Commissioner for further proceedings under sentence four of 42 U.S.C. § 405(g). The Clerk shall close the case.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **MARCH 5, 2014,** WITH A COPY TO:

Brian M. Ricci (via CM/ECF electronic notification)
Elisa Donohoe (via CM/ECF electronic notification)

| | |
|---|---|
| <u>March 5, 2014</u><br>Date | JULIE A. RICHARDS, Clerk<br>Eastern District of North Carolina<br><br><u>/s/Debby Sawyer</u><br>(By) Deputy Clerk |

Raleigh, North Carolina